[No. 7596-6-III.  Division Three.  February 11, 1988.]

RON ANDERSON, *Appellant,* v. BILL HARRIS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 85-2-03583-1, James M. Murphy, J., entered January 3, 1986. *Reversed* by unpublished opinion per McInturff, C.J., concurred in by Munson and Thompson, JJ.

[No. 8117-6-III.  Division Three.  February 11, 1988.]

DAVID L. JONES, ET AL, *Respondents,* v. HALVORSON–BERG, ET AL, *Defendants,* FLOUR CITY ARCHITECTURAL METALS CORP., *Appellant.*

Appeal from a judgment of the Superior Court for Whitman County, No. 30482, Philip H. Faris, J., entered August 19, 1986. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Munson, J., Green, J., dissenting.

[No. 19424-1-I.  Division One.  February 16, 1988.]

LINN EMRICH, ET AL, *Respondents,* v. C. RICHARD CONNELL, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 80-2-02934-7, Robert M. Elston, J., entered October 21, 1986. *Reversed* by unpublished opinion per Scholfield, C.J., concurred in by Grosse and Webster, JJ.